IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| JOSHUA MORRISSETTE, | : | Case No. 1:19-cv-912 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| WARDEN, Lebanon Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

_____

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 14)

_____

The Court has reviewed the Report and Recommendations (Doc. 14) of United States Magistrate Judge Michael R. Merz, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objection to the Report and Recommendations has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendations in its entirety.  Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**.  Because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability and the Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE